**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GUSTAVO ANGEL DE JESUS,

Petitioner,

v.

UNITED STATES ATTORNEY GENERAL, et al.,

Respondents.

Case No.: 26-cv-3245-BJC-DEB

**ORDER DENYING MOTIONS TO ENFORCE JUDGMENT AS MOOT [ECF NOS. 8, 9]**

Pending before the Court is Petitioner's Motion to Enforce Judgment (ECF No. 8) and Petitioner's Amended Motion to Enforce Judgment (ECF No. 9). On June 11, 2026, the Court granted Petitioner's petition for writ of habeas corpus and directed Respondents to conduct a bond hearing no later than June 26, 2026. ECF No. 5. No bond hearing was conducted by that date. Petitioner now requests that this Court enforce the judgment and order his immediate release. ECF Nos. 8,9. In response, Respondents state that they mistakenly failed to notify the immigration court of the Court's prior order. ECF No. 10. Once the oversight was discovered, Respondents immediately notified the immigration court and a bond hearing was set for July 13, 2026. *Id.*

On July 13, 2026, Respondents filed a Status Report notifying the Court that Petitioner was "granted bond in the amount of $1,500" at a bond hearing in immigration

court earlier that day. ECF No. 11. In light of Respondents' grant of Petitioner's requested relief, the Court **DENIES** the Motions to Enforce Judgment as moot. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: July 16, 2026

Honorable Benjamin J. Cheeks
United States District Judge